UNITED STATES of America,
Appellee,

v.

Robert Lee FURR, Appellant.

No. 11935.

United States Court of Appeals
Fourth Circuit.

Submitted Feb. 3, 1969.

Decided Feb. 18, 1969.

Stanley S. Cohen, Baltimore, Md. (Court-appointed counsel), on brief, for appellant.

Stephen H. Sachs, U. S. Atty., and Arthur G. Murphy, First Asst. U. S. Atty. on brief, for appellee.

Before HAYNSWORTH, Chief Judge, and SOBELOFF and CRAVEN, Circuit Judges.

PER CURIAM:

Upon careful consideration, we find no error in the conviction.

Affirmed.

UNITED STATES of America,
Appellee,

v.

Leonard Simmons FENTRESS,
Appellant.

No. 12318.

United States Court of Appeals
Fourth Circuit.

Argued Feb. 3, 1969.

Decided Feb. 6, 1969.

Alfred S. Fried, Riverdale, Md., for appellant.

Paul R. Kramer, Asst. U. S. Atty. (Stephen H. Sachs, U. S. Atty., on brief), for appellee.

Before HAYNSWORTH, Chief Judge, and SOBELOFF and CRAVEN, Circuit Judges.

PER CURIAM:

Upon careful consideration of the briefs and oral argument of counsel, we find no error in the conviction.

Affirmed.